# EXHIBIT A

<u>Executive Office for U.S. Attorney</u>
<u>F.O.I.A / Privacy Staff</u>
<u>600 E. Street N.W. Suite 7300</u>
<u>Department of Justice</u>
<u>Washington, DC 20530-0001</u>

DOJ/EOUSA/FOIA STAFF
2013 NOV 29 AM 10:17   Date: <u>11-04-2013</u>

RE:   FREEDOM OF INFORMATION AND PRIVACY ACT REQUEST
      PURSUANT TO TITLE 5 U.S.C. §552, §552(a) (FOIA/PA)

Dear   <u>Sir/Ma'am</u>   ;

Please consider this a Formal Request under the FOIA/PA. Your immediate and strict compliance with this request is fully expected, pursuant to Section 552(a)(6)(A)(i).

Because there is an exceptional need and urgency for the information sought, I expect a response to this request withing the twenty (20) working day period provided under the law. The requested information, when disclosed, will relieve the requestor of Constitutional deprivations. Therefore, the requestor asks that this FOIA/PA request be given priority and expeditious consideration.

In order to help determine my status, and to assess fees, you should know that I am a Federal Inmate, and herein certify that I am a pauper within the meaning of 28 U.S.C. §1915, and I am unable to pay for search and copy fees. I request a waiver of fees for this request. Disclosure of the requested information to me is in the public interest, as it is likely to contribute significantly to the clarification of Constitutional and/or legal issues. The information requested is for personal use and will not be used for any commercial purposes.

The information and documents I am requesting are outlined herein as follows:

<u>Petitioner Request disclosure of the dates that the Grand Jury convened in Reference to Case # CR-07-065(GK) Filed in the U.S. District Court for the District of Columbia including the name of the Judge who summoned the Grand Jury, the date the Indictment was Returned, the date it was discharged, the starting and ending date of the Grand Jury's term, And a Copy of the contractual Cooperation agreements between the Government's Government witnesses Related to the above Case File. I Also Request the Arrest warrant/Return warrant.
Certified Mail Track/Trace # 7013 1710 0002 2444 2945</u>

I am also attaching an information and data sheet to assist you in locating the requested materials in compliance with 28 C.F.R. Section 16.41.

This request is to include all local records, as well as records stored or filed at the Central Office of the Agency from which the request is made.

Sincerely yours,

7013 1710 0002 2444 2945

: ATTACHMENTS

U.S. Department of Justice        **Certification of Identity** 

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]: **Christian F. Borda**

Current Address: **P.O. Box 1000, Cumberland, MD 21501**

Date of Birth: **February 16, 1964**

Place of Birth: **Bogota - Colombia**

Social Security Number [2]: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3]: *(signed)*      Date: **11-05-13**

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Christian F. Borda**
(Print or Type Name)

---

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB. 98