# EXHIBIT B



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC  20530-0001*
*(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)*

October 20, 2014

Christian F. Borda
49353-053
FCI
P.O. Box 1000
Cumberland, Maryland  21501

Re: Request Number: FOIA-2014-00572    Date of Receipt: November 27, 2013
Subject of Request:  Self- USAO D.C.

  The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request.  It has been assigned the above number.
Please give us this number if you write about your request.   If we need additional information, we will contact you within two weeks.

  Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request).   Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

  EOUSA makes every effort to process most requests within a month (20 working days).  There are some exceptions; for example, Project Requests usually take approximately nine months to process.   Requests for "all information about myself in criminal case files" are usually Project Requests.   If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

  By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver.  Please note that pursuant to 28 CFR § 16.11, if you have not been granted a fee waiver, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you.  Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free.  Please do not send any payment at this time!  If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees.  After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you.   Without such payment, your request file will be closed without further action.

               Sincerely,

               Susan B. Gerson
               Assistant Director   Form No. 001 - 6/12