# EXHIBIT D



Executive Office for
United States Attorneys
600 E Street, NW-Room 7300
Washington, DC 20530-0001
Acting Assistant Director
FOIA/Privacy Unit

DOJ/EOUSA/FOIA STAFF

2014 OCT -7 AM 11: 57

RE: FREEDOM OF INFORMATION AND PRIVACY ACT REQUEST.

To whom it may concern,

This letter constitutes a formal request for any/all copies of records pursuant to the provision of the Freedom of information Act.(5 U.S.C. 522) and the Privacy Act of 1974 5 U.S.C. 522 a(d)(1). I am requesting that your agency conduct search of all systems (SYSREC) central records systems (CRS) and automated case support (ASC) electronic case file (ECF) universal index (UI) legal attaches (Legats) investigation management systems (ICMS) confidential source system (CSS) and I drive system, and provide me with any/all usable copies of the systems records that your agency has maintained.

I am requesting the following information regarding: Christian Borda / Case Indictment # CR-07-065(GK) filed in the U.S. District Court for the District of Columbia.
**The records sought in all files, but not limited to.**

1- All records, notes, letters, E-mails and reports case file.
2- Investigations from any government, country or agent.
3- Plea offers and all communication between attorney and government.

Specially inform me if any files exist, who they originated from and any persons/agencies they may have been released to. What material, if any, has been released, and the person or department that releases the information to any requesting agencies 5 U.S.C 522 a (d)(1). see: Paton v. Lapadre 524 F.2d 864 (3 Cir. 1975)
I am requesting that you make a determination regarding the release of this information within the statuary period persuant to 5 U.S.C. 522 (a)(6)(I). This is a note that I agreement to pay any fees with statuary law.

Date: Sep 27 - 2014

Respectfully Submitted
Christian Borda
# 49353-053
P.O. BOX 1000
Cumberland, MD 21501

7008 1830 0003 0950 9816

U.S. Department of Justice          Certification of Identity          

Privacy Act Statement. In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i) (3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] ___CHRISTIAN BORDA___

Current Address ___P.O. BOX 1000, Cumberland, MD 21501-F.C.I Cumberland___

Date of Birth ___February 16, 1964___

Place of Birth ___Bogota-Colombia Sur America___

Social Security Number [2] ___none___

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _____          Date ___09-27-2014___

Optional: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 1/31/01

FORM DOJ-361
FEB 98