# EXHIBIT F



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W.
Suite 7300, Bicentennial Building
Washington, DC  20530-0001
(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)

January 15, 2015

Christian F. Borda
#49353-053
FCI
P.O. Box 1000
Cumberland, Maryland  21501

      Re: Request Number: FOIA-2015-00022
      Date of Receipt: October 7, 2014
      Subject of Request: Self (All)/DC-IN LITIGATION

Dear Mr. Borda:

    In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [   ] A search for records located in EOUSA-_____ has revealed no responsive records regarding the above subject.

2. [ x ] A search for records located in the United States Attorney's Office(s) for the District of Columbia has revealed no responsive records regarding the above subject.

3. [   ] After an extensive search, the records which you have requested cannot be located.

4. [   ] Your records have been destroyed pursuant to Department of Justice guidelines.

5. [   ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

    This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received within sixty days from the date of this letter. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                                          Sincerely,

*[signature]*

Susan B. Gerson
Assistant Director

Form No. 005 - 6/12