UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTIAN BORDA<br>    Plaintiff,<br><br>V.<br><br>EXECUTIVE OFFICE FOR THE<br>UNITED STATES ATTORNEYS,<br>         Defendant. | Civil Action No.14-00229(JDB) |

PLAINTIFF'S MOTION TO COMPEL DISCLOSURE

**NOW COMES,** Christian Borda pro se, pursuant to Fed.R. Civ. P.26, requestin documents necesary for litigation purposes in the opposing party's possession which are material in supporting plaintiff's motion in opposition to defendants motion for summary judment. A brief in support is being filed this day.

Respectfully Submitted

Christian Borda

# 49353-053
F.C.I. Cumberland
P.O. BOX 1000
Cumberland, MD 21501

Date: March 24, 2015

7014 2120 0004 5305 1962

RECEIVED
Mail Room
MAR 3 0 2015
Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTIAN BORDA
    Plaintiff,

v.   Civil Action No.14-00229(JDB)

EXECUTIVE OFFICE FOR THE
UNITED STATES ATTORNEY,
           Defendant.

PLAINTIFF'S BRIEF IN SUPPORT OF THE
MOTION TO COMPEL DISCLOSURE

NOW COMES, Plaintiff Christian Borda, pro se, requesting a liberal construction not to be held to the strict standard of pleading as that of a professionally trained attorney as set forth by the U.S. supreme courts holding in **Haines v. Kerner, 404 U.S. 519 (1972)**.

STATEMENT OF FACTS

(1) On February 18,2014, plaintiff filed the above civil rights action seeking declaratory, and injunctive relief against EOUSA pursuant to 5 U.S.C. 552,and 552(a).

(2) On February 12,2015 (D.O.C.#11) defendant EOUSA filed motion for summary judgment without serving a copy of the motion on plaintiff.

(3) On February 25,2015 (D.O.C.#12) plaintiff filed a motion for status update informing this honorable court of defendants failure to properly serve the motion for summmary judgment.

(4) This honorable court executed a minute order, March 11th, 2015 ordering defendants to re serve the proper pleadings by March 15,2015, however defendants has complied with the court order in part, but has still not completely disclosed all material documents.



ARGUMENT

On March 11,2015 this honorable court enforced an order for defendants EOUSA to properly serve plaintiff with copy of the summary judgment (D.C.C.#10) by March 13,2015. Moreover, defendants has since complied in part by serving the following documents (1) Motion for summary judgemnt, (2) memorandum of points and authorites in support motion for summary judgment, (3) statement of material facts, (4) declaration of David Luczynski, and (5) exhibits A through F.,

Nevertheless, defendants motion for summary Judgment (D.O.C. 10) declaration of David Luczynski, at 4 asserts that " a declaration from FOIA contact for United States attorneys office for the district of Columbia is  attached as government exhibit G" There was no such exhibit G attached to defendants pleading as reference in defendants declaration, however this document is material, because EOUSA's declaration claims that it further explained the search performed in more detail. see: **Trans Union LLc v. FTC,141 F. supp 2d.62,67 (D.D.C.2001), Oglesby v. U.S. Department of the Army, 920 F.2d 57,68 (D.C. Cir.1990).**

Wherefore, plaintiff request this honorable court enforce an order to compel defendants to disclose FOIA contact declaration cited as exhibit G, and enlarge the filing dead line in excess of 30 days after defendants discloure.

Respetfully submitted

Christian Borda
# 49353-053
F.C.I. Cumberland
P.O. BOX 1000
Cumberland,MD 21501

Date: March 24, 2015

CERTIFICATE OF SERVICE

The undersigned hereby certify that a true, and correct copy of the foregoing has been V.I.A first mail on the parties:

Rafique Anderson
Special Assistant U.S. Attorney
Civil Division
555 Fourth street, N.W.
Washington, D.C. 20530

I do solemnly swear under penalty of perjury that the above statements are accurate, and true to the best of my knowledge and ability pursuant to 28 U.S.C § 1746.,

Respectfully submitted

Christian Borda
ID # 49353-053
F.C.I Cumberland
P.O. BOX 1000
Cumberalnd. MD 21501

Date: March 24, 2015