# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Christian Borda,<br>　　　　Plaintiff,<br><br>v.<br><br>United States Department of Justice, et.al.,<br>　　　　Defendant. | Civil Action No. 14-00229 |

### DECLARATION OF KARIN KELLY

I, Karin Kelly declare the following to be a true and correct statement of facts:

1. I am a Paralegal Specialist, and FOIA Coordinator in the Civil Division of the United States Attorney's Office for the District of Columbia. ("USAO-DC"). My responsibilities include serving as a liaison (Freedom of Information Act Coordinator) to the Freedom of Information Act and Privacy Act Staff ("FOIA/PA Staff") for the Executive Office for United States Attorneys ("EOUSA") in Washington, D.C. My duties require me to receive and be assigned requests filed under both the Freedom of Information Act ("FOIA"), 5 U.S.C. §552, and the Privacy Act of 1974 ("PA"), 5 U.S.C. §552a, when requested records are identified as likely to be located in the District of Columbia.

2. The statements I make in this declaration are made on the basis of my search for official files and records of the USAO-DC and my personal knowledge, including knowledge acquired by me through the performance of my official duties.

3. I understand that this declaration may be used by the defendant in the above-captioned lawsuit.

4. On or about October 14, 2014, I received Christian Borda's first FOIA request with the FOIA Request number 2015-00022 from EOUSA FOIA Division.

5. As is my practice, I review the request to discern what information the requester has provided that would aid me in locating the case that is the subject of the FOIA request. In this instance, Mr. Borda provided the court case number.

6. The format of the case citation was that of a case that was litigated in the district court system. I logged on to the Public Access To Court Electronic Records ("PACER") system and searched for case number CR-07-065(GK), as specified by Mr. Borda.

7. PACER is an online resource that provides case dockets and other information for cases litigated in the various District Courts throughout the country. Included in the information provided by the docket is the identity of the litigating parties.

8. After retrieving the docket, and upon review, I saw that the agency representing the United States of America was the Criminal Division of the United States Department of Justice, not the USAO-DC.

9. Because the USAO-DC was not a party to the litigation, no records concerning the case would be held by this office.

10. I next conducted a search of this office's automated systems to determine if Mr. Borda had any other cases that were handled by the USAO-DC.

11. Caseview is a case management system used to track all activities in district court matters, cases and appeals and is used by the Criminal, Appellate and Civil Divisions of the USAO-DC.

12. A search of Caseview using Mr. Borda's name returned no hits.

13. Based upon the results of the Caseview and PACER searches, I concluded that no records for Mr. Borda exist in this office.

14. The completed request was returned to EOUSA as a "no records request". The first pages of the docket, which list the litigating agency, were included with the FOIA forms. The completed request was uploaded onto AccessPro, the system used by EOUSA to deliver, receive and process FOIA requests, on October 15, 2014.

15. On or about October 17, 2014, EOUSA uploaded Mr. Borda's second request with the FOIA Request number 2014-00572 on to AccessPro.

16. Upon receiving the request, I immediately recognized the name and recalled the search and request that had just been completed.

17. I reviewed this new request and saw that Mr. Borda referenced the same case number as request 2015-00022.

18. To ensure that no mistakes had been made, I repeated my search of PACER and Caseview. My search results were the same as those for the previous request.

19. I completed this request as a "no records request" and uploaded the documents onto AccessPro on October 21, 2014.

- 4 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2015.

                                                  Karin B. Kelly
                                                  Paralegal Specialist
                                                  FOIA Coordinator
                                                  United States Attorney's Office for the District of Columbia